### CERTIFICATION

I, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify that I am familiar with the allegations made in the complaint filed by the plaintiff, Richard John Charles Galustian, in *Richard John Charles Galustian v. Lawrence T. Peter and Col. John J. Holly*, Case No. 2:08cv59 in the United States District Court for the Eastern District of Virginia, Norfolk Division, now on appeal to the United States Court of Appeals for the Fourth Circuit in Case No. 10-2377. On the basis of the information now available with respect to the claims set forth therein, I find and certify that the individual defendant, Col. John J. Holly, was acting within the scope of federal office or employment at the time of the incident out of which the plaintiff's claims arose.

Dated: 1/6, 2011

_____
NEIL H. MACBRIDE
UNITED STATES ATTORNEY

Exhibit 1