FILED:  March 16, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2377
(2:08-cv-00059-RBS-FBS)

RICHARD JOHN CHARLES GALUSTIAN, a subject of the United Kingdom and resident of the United Arab Emirates,

Plaintiff - Appellant,

v.

LAWRENCE T. PETER; JOHN J. HOLLY, USMC, retired, and the UNITED STATES OF AMERICA

Defendants - Appellees.

O R D E R

Pursuant to Fed. R. App. P. 27 and 43, the United States of America moves to dismiss this action against John J. Holly, USMC, retired, and to substitute the United States of America for John J. Holly as a Defendant/Appellee in accordance with 28 U.S.C. § 2679(d) (2006). We grant the motion and remand the case to the district court for further proceedings.

Entered at the direction of Judge Gregory, with the concurrence of Judge Shedd and Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk